AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Charles Raymond Burden,<br>*Plaintiff*<br>v.<br>Spartanburg Housing Authority; Nathan Bragg, Supervisor of SHA; Michael McCall, SCDC Director,<br>*Defendants* | Civil Action No.  0:15-cv-04728-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Charles Raymond Burden, shall take nothing of the defendants, Spartanburg Housing Authority, Nathan Bragg, Michael McCall, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal of the complaint without prejudice.

Date:  January 5, 2016                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/M. Walker

                                                                        *Signature of Clerk or Deputy Clerk*